IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROCHELLE DRIESSEN,

    Plaintiff,

v.

WOODFOREST NATIONAL
BANK,

    Defendant

Case No. 3:12-CV-91

JUDGE WALTER H. RICE

DECISION AND ENTRY ADOPTING REPORT AND
RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE
(DOC. #30); SUSTAINING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (DOC. #17); OVERRULING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (DOC. #26); OVERRULING PLAINTIFF'S
OBJECTIONS TO REPORT AND RECOMMENDATIONS (DOC. #32);
OVERRULING AS MOOT PLAINTIFF'S MOTION IN LIMINE (DOC. #31);
JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST
PLAINTIFF; TERMINATION ENTRY

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his Report and Recommendations, filed on September 28, 2012, as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts said judicial filing (Doc. #30) in its entirety, and overrules Plaintiff's objections thereto (Doc. #32).[1]

---

[1] Pursuant to 28 U.S.C. § 636(b)(1)(B), a judge may designate a magistrate judge to submit a report and recommendations for disposition of a motion for summary judgment. Plaintiff's objections to Magistrate Judge Newman's authority to do so are therefore overruled.

The Court sustains Defendant's motion for summary judgment (Doc. #17) and overrules Plaintiff's motion for summary judgment (Doc. #26). Plaintiff's motion in limine (Doc. #31) is overruled as moot.

Judgment will be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

Date: January 18, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE